

**SUSAN HAWK**
**CRIMINAL DISTRICT ATTORNEY**
**DALLAS COUNTY, TEXAS**

AP-77,047
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/2/2015 12:25:22 PM
Accepted 11/2/2015 12:45:02 PM
ABEL ACOSTA
CLERK

November 2, 2015

Mr. John Brown, Chief Deputy Clerk
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

November 2, 2015

ABEL ACOSTA, CLERK

      **Re:    Appellate Cause No. AP-77,047;**
              **Trial Court Cause No. F86-85539;**
              *Kenneth Wayne Thomas v. The State of Texas*
              **\*\*\* DEATH PENALTY CASE \*\*\***

Dear Mr. Brown:

On July 23, 2014, Kenneth Wayne Thomas was sentenced to death for the capital murder of Mildred Finch. An appeal of his conviction is currently pending before the Court.

On December 23, 2014, the Dallas County District Clerk's Office filed a Clerk's Record regarding the Thomas case. This record is incomplete. On October 16, 2015, the undersigned delivered a letter to the District Clerk's Office requesting that a supplemental clerk's record be prepared containing a copy of the punishment jury charge and certain identified motions. On October 21, 2015, the District Clerk's Office prepared a supplemental clerk's record and transmitted that record to the Court. This supplemental record is incomplete. Although it contains the motions identified in my October 16th letter, it does not contain the punishment charge.

The punishment charge has now been located. Today, the undersigned reviewed the District Clerk's Office online database to determine whether a second supplemental record (one containing the punishment charge) had been transmitted to the Court. As a result of technical difficulties, I was unable to do so. I contacted the District Clerk's Office via email and inquired whether the punishment charge had been transmitted to the Court. I was informed that it had not been transmitted because it was in the original clerk's record. I requested confirmation of this fact because I could not locate the punishment charge in the original clerk's record. The Clerk's Office reviewed their records and determined that the punishment charge was not, in fact, included in the original clerk's record and informed me that their office would be transmitting a supplemental record containing this document.

Should you have any questions or concerns please feel free to contact me via telephone or email.

Sincerely,

Christine Womble
Assistant District Attorney
State Bar No. 24035991
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 *fax*
CWomble@dallascounty.org

cc:

John Tatum (via email)
Michael Mowla (via email)